IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN BROWN, | : | CIVIL ACTION |
|       Plaintiff, | : | |
| v. | : | |
| | : | |
| TROOPER BURGHART, *et al.*, | : | |
|       Defendants. | : | No. 10-3374 |

## ORDER

**AND NOW**, this 25th day of May, 2012, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 8), Defendants' Motion *in Limine* (Docket No. 11) and all responses and replies thereto (Docket Nos. 9, 12, 13, 14, 18, 20, 21, 22) and following oral argument on the motions on March 8, 2012, it is hereby **ORDERED** that:

1. Defendants' Motion *in Limine* (Docket No. 11) is **GRANTED in part and DENIED in part** as outlined in the Memorandum accompanying this Order;

2. Defendants' Motion for Summary Judgment (Docket No. 8) is **DENIED** as to Defendant Trooper Burghart;

3. Defendants' Motion for Summary Judgment (Docket No. 8) is **DENIED without prejudice** as to Defendant Trooper LeMaire. No later than 14 days from the date of this Order, the parties shall jointly submit via letter to Chambers either a proposed briefing schedule for a renewed motion for summary judgment, a motion for leave to amend the complaint, or both; or a joint stipulation clarifying Trooper LeMaire's status in this case.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE