IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN BROWN, | : | CIVIL ACTION |
|     Plaintiff, | : | |
|   v. | : | |
| | : | |
| TROOPER BURGHART, *et al.*, | : | |
|     Defendants. | : | No. 10-3374 |

## ORDER

**AND NOW**, this 3rd day of April, 2013, upon consideration of Defendant's Motion for Summary Judgment (Docket Nos. 29, 30) and Plaintiff's Opposition thereto (Docket No. 32), it is hereby **ORDERED** that Defendant's Motion (Docket No. 30) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE